1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 MAEWEATHERS A. D. MARSHALL,      Case No. 18-cv-03246-YGR (PR)

8          Petitioner,

9      v.      **ORDER OF TRANSFER**

10 KEN CLARK, Acting Warden,[1]

11          Respondent.

12      Petitioner, a state prisoner, has filed a *pro se* petition for a writ of habeas corpus in which

13 he challenges the execution of his sentence. He seeks leave to proceed *in forma pauperis* ("IFP").

14      A petition for a writ of habeas corpus filed by a state prisoner in a State that contains two

15 or more federal judicial districts may be filed in either the district of confinement or the district of

16 conviction. *See* 28 U.S.C. § 2241(d). The district court where the petition is filed, however, may

17 transfer the petition to the other district in the furtherance of justice. *See id*. Federal courts in

18 California traditionally have chosen to hear petitions challenging a conviction or sentence in the

19 district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v.*

20 *Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). But if a habeas petition is directed to the manner

21 in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district

22 of confinement is the preferable forum. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d

23 244, 249 (9th Cir. 1989).

24      Petitioner is incarcerated at California State Prison - Corcoran, which lies within the venue

25 of the Eastern District of California. *See* 28 U.S.C. § 84. Because Petitioner challenges the

26 execution of his sentence, the Court hereby ORDERS that pursuant to 28 U.S.C. § 1404(a) and

27

28      [1] Ken Clark, the current acting warden of the prison where Petitioner is incarcerated, has been substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

Habeas L.R. 2254-3(b), and in the interests of justice, this petition be TRANSFERRED to the United States District Court for the Eastern District of California.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated:  July 24, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge